IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GILBERT ANTHONY BLEA, § | |
| § | |
| Petitioner, § | |
| § | Civil Action No. 3:06-CV-0496-D |
| VS. § | |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, including the August 28, 2006 findings, conclusions, and recommendation of the magistrate judge, the June 26, 2007 supplemental findings, conclusions, and recommendation of the magistrate judge, and the objections filed by petitioner on July 17, 2007, the court concludes that the findings and conclusions, as supplemented concerning the second claim in ground two, are correct, and they are adopted as the findings and conclusions of the court.

Blea's July 3, 2007 motion to compel production of documents is denied. The fact that Blea has custody of, or access to, the materials pertinent to the court's decision is reflected in his objections.

**SO ORDERED**.

August 24, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE